MARK R. THIERMAN
THIERMAN BUCK, LLP
Nevada Bar No. 8285
7287 Lakeside Dr.
Reno, NV 89511
(775) 284-1500
mark@thiermanbuck.com
*Counsel for Plaintiff Mark Kresser*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **MARK KRESSER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | No.: 3:16-cv-0542-MMD-VPC |
| ) | |
| **ADVANCED TACTICAL ARMAMENT** ) | |
| **CONCEPTS, LLC; ADVANCED MUNITIONS** ) | |
| **INTERNATIONAL, LLC; ADVANCED** ) | **STIPULATION OF DISMISSAL** |
| **MUNITIONS INTERNATIONAL** ) | |
| **HOLDINGS, LLC; AMI INVESTMENT** ) | |
| **HOLDINGS, LLC; PYTHON METEOR** ) | |
| **HOLDINGS, INC.; JAMES ANTICH; and** ) | |
| **JEFFREY ANTICH, Individually,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

Come now the parties, by and through counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and hereby stipulate to the voluntary dismissal without prejudice of Plaintiff's claims. Each side will bear his/its own attorney fees and costs.

1

RESPECTFULLY SUBMITTED,

_s/ Mark R. Thierman_
MARK R. THIERMAN
THIERMAN & BUCK
Nevada Bar No. 8285
7287 Lakeside Dr.
Reno, NV 89511
(775) 284-1500
mark@thiermanbuck.com
*Counsel for Plaintiff Mark Kresser*

_s/ Robert J. Angres_
ROBERT J. ANGRES
ANGRES AND AXELROD, LTD
Nevada Bar No. 1554
2650 Friesian Ct.
Reno, NV 89521
(775) 852-5244
rjangres@gmail.com
*Counsel for all Defendants*

<u>CERTIFICATE OF SERVICE</u>

I certify that this pleading or document was served via the Court's ECF Filing System on all users authorized and directed to receive such service, this 31st day of October, 2016.

_s/Mark R. Thierman_

IT IS SO ORDERED.

U.S. District Judge

Dated: November 1, 2016

2